with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

KALMAN YASS, Respondent, v. DAVID FRANKFORT and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

PATRICK A. GAYNOR, as Committee of the Person and Property of WALTER J. SHERIDAN, an Incompetent, Respondent, v. FERDINAND HECHT, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

DAVID BARONDESS, Respondent, v. RUBIN BERNSON, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $622.21; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

WEMYSS FURNITURE COMPANY, Respondent, v. SOL H. STROBER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

WINIFRED REYNOLDS, Respondent, v. "MARY" SPEISER, the First Name "Mary" Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

APEX LEASING CO., INC., Appellant, v. BENJAMIN M. LEVOY, Respondent.— Judgment and order reversed, with costs to the appellant, and judgment directed in favor of the plaintiff against the defendant for the sum of $2,315.40, with interest thereon from April 25, 1921, together with costs to be taxed, on the authority of *Apex Leasing Co., Inc.*, v. *White Enamel R. Co.* (202 App. Div. 354). Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executor, etc., of WILLIAM WASHINGTON COLE, Deceased, Respondent, v. WILLIAM ALBERT RICHARDS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executor, etc., of WILLIAM WASHINGTON COLE, Deceased, Respondent, v. WILLIAM ALBERT RICHARDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. VALENTINE SCHAEFER, Doing Business as SOMMERVILLE ELEVATOR COMPANY, Respondent, Impleaded with EARLINGTON REALTY CORPORATION, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

ANGELINA GARGANO and Another, Coadministrators, etc., of JOHN GARGANO, Deceased, Respondents, v. UNION TRANSPORT COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

SAMUEL KATZEN, Respondent, v. COLUMBIA CASUALTY COMPANY, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.